UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-CR-10133-DJC |
| | ) | |
| MATTHEW ORMON, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On June 2, 2022, a a federal grand jury sitting in the District of Massachusetts returned a one count Indictment charging defendant Matthew Ormon (the "Defendant"), with Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Count One).

The Indictment included a Forfeiture Allegation which gave the Defendant notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 2253, upon conviction of any of the offenses alleged in the one count Indictment, of, among other items, any property real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

Pursuant to, and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture, without limitation, of the following specific property:

    (a)    Samsung Nvidia G-Sync Curved Computer Monitor

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Raquelle L. Kaye*
MEGHAN CLEARY
RAQUELLE L. KAYE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
raquelle.kaye@usdoj.gov

Dated: July 19, 2023

2